Opinion issued May 21, 2003










In The

Court of Appeals

For the

First District of Texas

____________


NOS. 01-03-00357-CV

 01-03-00358-CV

____________


IN RE SHANE WILLIAMS, TRUSTEE OF THE SHANE L. WILLIAMS
LIVING TRUST, Relator






Original Proceedings on Petitions for Writs of Mandamus






MEMORANDUM OPINION Relator Shane Williams, trustee of the Shane L. Williams Living Trust, has
filed two petitions for writs of mandamus complaining of Judge Davis's (1) and Judge
Smith's (2) apparent refusals to hear Williams's petitions for orders authorizing presuit
depositions before hearing the real parties in interest John Zetzman's, Robert L.
Foree's, and Larry Berg's motions to transfer venue. See Tex. R. Civ. P. 202.

 We deny the petitions for writs of mandamus.

PER CURIAM

Panel consists of Justices Hedges, Jennings, and Alcala.
1. 
 
--- --- 
 
2. 
 --- ---